# United States District Court

WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **v.** | |
| **LOUIS A. SOILEAU** | **Case Number: 11-00001REL-01** |
| [DOB: 09/15/1979] | 18 U.S.C. §§ 922(g)(1) & 924(a)(2); [NMT: Ten Years Imprisonment, $250,000 Fine, Three Years Supervised Release, Plus $100 Special Penalty Assessment] |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 3, 2011, in the Western District of Missouri, Louis A. Soileau, having been convicted of crimes punishable by imprisonment for terms exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Winchester, .22 rifle, Serial Number F262070, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

(See attached affidavit.)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_**/s/ Christopher Rapp**_
Signature of Complainant
CHRISTOPHER RAPP
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence,

| | | |
|---|---|---|
| January 6, 2011 | at | Kansas City, Missouri |
| Date | | City and State |

HONORABLE ROBERT E. LARSEN
Chief United States Magistrate Judge  _/s/ Robert E. Larsen_
Name and Title of Judicial Officer  Signature of Judicial Officer