IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

Plaintiff,

-vs-                                              Case No. 11-0001REL-01

LOUIS A. SOILEAU,

Defendant.

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

The above-named defendant, having appeared before the Court on January 6, 2011 and having testified under oath and made an affidavit as to his/her financial ability to employ counsel, the Court finds that the defendant is financially unable to obtain counsel and defendant not having waived counsel, it is

ORDERED that Raymond C. Conrad, Jr., Federal Public Defender, and  Larry Pace, Laine T. Cardarella, Anita Burns, Steve Moss, Travis Poindexter,  Robert Kuchar, Ronna Holloman-Hughes and William Raymond,  Assistant Federal Public Defenders, Scarritt Building, Suite 300, 818 Grand Avenue, Kansas City, Missouri 64106, telephone number (816) 471-8282; David R. Mercer, Ann Koszuth, Michelle Nahon, Ian A. Lewis and Michelle Law,  Assistant Federal Public Defenders,  901 St. Louis Street, Suite 801, Springfield, Missouri 65806, telephone number (417) 873-9022  and Troy Stabenow, Assistant Federal Public Defender, 221 Bolivar Street, Suite 104, Jefferson City, MO  65101, telephone number (573) 636-8747, be, and they are hereby, appointed to represent the defendant before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

/s/ Robert E. Larsen
ROBERT E. LARSEN
UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
January 6, 2011