**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 11-00001REL-01 |
| | ) |
| LOUIS A. SOILEAU, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION

Comes now the United States of America, by and through its undersigned counsel, and hereby moves this Court to order the detention of Louis A. Soileau, and states the following in support of the motion:

1.  This motion is being made at the defendant's first appearance before a judicial officer. A Criminal Complaint has been filed charging the defendant with being in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

2.  This case involves a crime of violence. *See* 18 U.S.C.§ 3142(f)(1)(A); *United States v. Shirley*, 189 F. Supp. 2d 966, 968 (W.D. Mo. 2002)(the charged offense of possession of a firearm by a convicted felon is a crime of violence under the Bail Reform Act).

3.  The defendant has prior felony convictions for Theft and Burglary.

4.   The United States submits that there is clear and convincing evidence that there are no conditions which the Court could place on the defendant's release which would reasonably assure the defendant's appearance in Court and the safety of the community. *See* 18 U.S.C § 3142(g): (1) nature and circumstances of the offense; (2) weight of the evidence; (3) whether the defendant was on probation/parole at the time of the offense; and (4) danger to the community.

Because of this, the United States requests that a Detention Hearing be held and that the

defendant be detained.  *See generally, United States v. Sazenski*, 806 F.2d 846, 848 (8th Cir.

1986); *United States v. Warren*, 787 F.2d 1337, 1338 (8th Cir. 1986).

WHEREFORE, based on the foregoing, the United States requests that the Court hold a

Detention Hearing in accordance with 18 U.S.C. § 3142(f), and following such hearing, order the

detention of the defendant.

Respectfully submitted,

Beth Phillips
United States Attorney


By:  /s/Bruce E. Clark for
    Paul S. Becker
    Assistant United States Attorney
    Chief, Violent Crimes Strike Force Unit
    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Suite 5510
    Kansas City, Missouri  64106
    Telephone:  (816) 426-2771

sgs

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that a copy of the foregoing document will be

hand-delivered to the defendant at his first appearance before a judicial officer.

/s/Bruce E. Clark for
Paul S. Becker
Assistant United States Attorney

3