IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-00001-REL-01 |
| | ) | |
| LOUIS A. SOILEAU, | ) | |
| | ) | |
| Defendant. | ) | |

**DETENTION ORDER**

On January 11, 2011, I held a detention hearing. Defendant appeared in person, represented by appointed counsel Bob Kuchar. The government was represented by Assistant United States Attorney Paul Becker. The parties stipulated that the court consider the information in the Pretrial Services Report of Pretrial Services Officer Susan Pinkerton as the testimony she would give, under oath, if called as a witness. I took judicial notice of the affidavit in support of the complaint. During the hearing, Defendant conceded pretrial detention. It is, therefore

ORDERED that Defendant be committed to the custody of the Attorney General or his authorized representative for detention pending grand jury action and, if an indictment is returned, pending trial. It is further

ORDERED that Defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further

ORDERED that the Attorney General or his authorized representative ensure that

Defendant is afforded reasonable opportunity for private consultation with his counsel.  It is further

ORDERED that, on order of a court in the Western District of Missouri, the person in charge of the corrections facility where Defendant is confined deliver Defendant to a United States Marshal for his appearance in connection with a court proceeding.


_/s/ Robert E. Larsen_
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
January 11, 2011